# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL MRAZ,<br><br>                              Plaintiff,<br><br>v.<br><br>LOCAL 254 OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICAL, *et al.*,<br>                              Defendants. | Civil Action No: 13-899 (CCC)<br><br><br>**ORDER** |

This matter comes before the Court on Plaintiff Michael Mraz's ("Plaintiff") motion to remand this case to state court (Docket No. 6). On September 18, 2013, Magistrate Judge Mark Falk issued a Report and Recommendation that Plaintiff's motion be granted. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Falk's Report and Recommendation, dated September 18, 2013, and for substantially the same reasons stated therein,

IT IS on this 4th day of October, 2013

**ORDERED** that this Court adopts Judge Falk's September 18, 2013 Report and Recommendation and thus remands this case to state court. The Clerk of the Court shall close this matter.

                                              *s/ Claire C. Cecchi*
                                              **HON. CLAIRE C. CECCHI**
                                              **United States District Judge**